## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Neshaminy School District, :
                 Appellant :
                 :
       v. :
                 :
Neshaminy Federation of Teachers : No. 1321 C.D. 2014

## **O R D E R**

NOW, September 10, 2015, having considered appellee's application for reargument and appellant's response thereto, the application is denied.

 

                              _____

                              DAN PELLEGRINI,
                              President Judge